# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br>Miguel Nunez | Case No: 1:11CR00107-004<br>USM No: 10171-028 |
| Date of Original Judgment: 03/26/2013<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | Sara J. Varner<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  67  months **is reduced to**  60 months*  .

*(Complete Parts I and II of Page 2 when motion is granted)*

**A CERTIFIED TRUE COPY**
Laura A. Briggs, Clerk
U.S. District Court
Southern District of Indiana
By  *[signature]*  Deputy Clerk

Except as otherwise provided, all provisions of the judgment dated  03/26/2013  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  3/27/15

*[signature: William T. Lawrence]*
*Judge's signature*

Effective Date:  11/01/2015
*(if different from order date)*

Honorable William T. Lawrence, U.S. District Court Judge
*Printed name and title*